Prob 19
(1/82)

# United States District Court
## for the
## Eastern District of Pennsylvania

U.S.A. vs Kenneth Jones                Case No. 2:05CR00691-01

TO: [1] Any United States Marshal or any other authorized officer.

HD# 755083

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>Kenneth Jones | SEX<br>Male | RACE<br>Black Non Hispanic | AGE<br>26 |
| ADDRESS (STREET, CITY, STATE)<br>4673 Mulberry Street, Philadelphia, Pennsylvania 19124 ||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>United States District Court for the District of South Carolina || DATE IMPOSED<br>September 25, 2003 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court for the Eastern District of Pennsylvania, Philadelphia ||||
| CLERK<br>Michael Kunz | (BY) DEPUTY CLERK<br>Darris [signature] || DATE<br>7-26-06 |

| RETURN |||
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
|  |||
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Eastern District of Pennsylvania;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

NOTE: The U.S. Attorney and counsel of record have been notified of the issuance of a warrant.

PROB 12
(Rev. 10/93)

# United States District Court

for the

### Eastern District of Pennsylvania

**FILED JUL 26 2006**

U.S.A. vs. Kenneth Jones         Case No. 2:05CR00691-01

## VIOLATION OF SUPERVISED RELEASE

COMES NOW Angela Sledge U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Kenneth Jones who was placed on supervised release by the Honorable Cameron McGowan Currie sitting in the Court at Philadelphia PA. on the 25th day of September, 2003 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**ORIGINAL OFFENSE:** Conspiracy to steal firearms form a federally licensed dealer (Count One).

**ORIGINAL SENTENCE:** Thirty-seven months' incarceration followed by a three year term of supervised release with a special assessment of $100.

**SPECIAL CONDITIONS:** 1) The defendant shall pay restitution of $2,956.88 at the monthly rate of $100 per month and; 2) The defendant shall participate in a program of drug testing and treatment as directed by the probation officer.

**MODIFICATION OF CONDITIONS:** On June 6, 2006 the offender's supervision was modified to include 180 days in the community sanction center.

**TRANSFER OF SUPERVISION/ JURISDICTION:** On December 15, 2005 jurisdiction was transferred from the district of South Carolina to the Honorable Berle M. Schiller

**DATE SUPERVISION COMMENCED:** August 16, 2005

**ENTERED**

**JUL 2 6 2006**

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-26-06
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CLERK OF COURT

RE: JONES, Kenneth
Case No. 2:05CR00691-01

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of his supervision under such circumstances as may warrant revocation. These conditions are:

A.  **Standard Condition #2:** The defendant shall report to the probation officer as directed by the Court or probation officer; and shall submit a truthful and complete written report within the first five (5) days of each month.

Because of the offender's history and current abuse of illicit substances, he was instructed to report weekly for drug testing. Mr. Jones initially reported as instructed but ceased to report after his office visit on May 9, 2006.

| MISSED APPOINTMENTS | NOTIFICATION |
|---|---|
| May 18, 2006 | During office visit on 05/09/06 |
| May 25, 2006 | During office visit on 05/09/06 |
| June 1, 2006 | During office visit on 05/09/06 |
| June 21, 2006 | Notice mailed on 06/14/06 |
| June 30, 2006 | Home visit made on 06/29/06 |
| July 10, 2006 | Phone message left on 07/07/06 |

**GRADE OF VIOLATION**

C

B.  **Standard Condition #5:** The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

Mr. Jones has not maintained stable employment since the inception of this case. The offender reported that he worked occasionally at Labor Ready and stated that he obtained employment at a detailing shop; however, both positions were part-time and the offender worked on an on-call basis.

**GRADE OF VIOLATION**

C

2

RE: JONES, Kenneth
Case No. 2:05CR00691-01

C. **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

Mr. Jones has been unable to maintain his sobriety since the inception of this case. The offender consistently submitted urine specimens that tested positive for the presence of marijuana throughout the duration of his supervision.

| DATE OF SPECIMEN | TEST RESULT |
|---|---|
| August 19, 2005 | Positive for marijuana |
| September 21, 2005 | Positive for marijuana |
| October 19, 2005 | Positive for marijuana |
| December 5, 2005 | Positive for marijuana |
| January 3, 2006 | Positive for marijuana |
| February 7, 2006 | Positive for marijuana |
| March 14, 2006 | Positive for marijuana |
| May 9, 2006 | Positive for marijuana |

**GRADE OF VIOLATION**

C

D. **Special Condition:** The defendant shall pay restitution in the amount of $2,956.88 at the rate of $100 per month.

Mr. Jones has paid a total of $75 towards his special assessment and restitution since the inception of this case leaving an outstanding balance of $25 and $2,956.88 respectively.

**GRADE OF VIOLATION**

C

E. **Special Condition:** The defendant shall participate in a program of drug testing and treatment as directed by the probation officer.

In January of 2006, the offender was referred to Gaudenzia, an outpatient drug treatment facility. The offender purported that he was scheduled to attend individual counseling sessions on weekly basis and reported as instructed. Mr. Jones however, was unable to provide verification of his attendance. On March 13, 2006, this officer visited the facility and was unable to corroborate this story.

3

RE: JONES, Kenneth
Case No. 2:05CR00691-01

F.  Special Condition: The defendant shall be placed in the community sanction center for a period of 180 days.

Because the offender failed to attend treatment as directed, his sentence was modified to include an 180 day stay at a community sanction center. This sanction would have served to provide punishment for the offender's failure to comply with his supervision and, provide counseling for his abuse of illicit substances. Mr. Jones agreed to the sanction but failed to report to this officer for placement.

**GRADE OF VIOLATION**

C

PRAYING THAT THE COURT WILL ORDER...    THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.

Respectfully,

Ronald DeCastro
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date July 20, 2006

AMS

cc:  U.S. Attorney
     Defense Attorney
     Warrant Squad

ORDER OF THE COURT
Considered and ordered this ___
day of _____ 20__ and ordered
filed and made part of the records in
the above case.

U. S. District Court Judge

4